IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

Hajime White                                                                                              PLAINTIFF(S)

            v.                              Civil No.  11-1052

Fred's Stores of Tennessee, Inc.                                                              DEFENDANT(S)

CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated:   1/3/2013

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By:  /s/ Carol Nesbit
           Deputy Clerk